UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Laquinton Adonte Holeman**
S.S. No.: xxx-xx-6453
Mailing Address: PO Box 3134, Durham, NC 27715-

**Case No. 11-80973**

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on June 16, 2011.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: July 6, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (EASTERN OR MIDDLE DISTRICT - DEBT BUSTER)

**Date:** 4/13/11
**Lastname-SS#:** Holeman-6453DB

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS ON RETAINED COLLATERAL

| Creditor Name | Sch D # | Arrearage Amount |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### SFD - SECURED DEBTS (Retain Collateral & Pay FMV Of Collateral)

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

### SFD - SECURED DEBTS & 910 CLAIMS (Pay 100%)

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |

### ATTORNEY FEES (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,000 |

### SECURED TAXES

| | Secured Amount |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | $147 |
| Personal Property Taxes | $21 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amount |
|---|---|---|
| N/A | | |

### GENERAL NON-PRIORITY UNSECU...

| | Amount to Pay* |
|---|---|
| DMI = None($0) | |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **99** /mo for **36** months, then

$ **N/A** /mo for **N/A** months.**

### Definitions

Sch D # = The number of the secured debt as listed on Schedule D.
Int. Rate = Interest Rate = Trustee's rate = Till rate.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
* = DMI x total no. of months of plan
** = Plan duration is subject to "Duration of Chapter 13 Plan" provision.

Chap13_Plan_Debt_Buster (rev. 2/22/07)  © John T. Orcutt  (Page 4 of 4)

### Other Miscellaneous Provisions

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum , the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

1STPT
Consumer Contact Center
2840 Electric Road
Suite 202
Roanoke, VA 24018

Absolute Collection Service **
421 Fayetteville Street Mall
Suite 600
Raleigh, NC 27601

Accounts Receivable Management, Inc
Post Office Box 129
Thorofare, NJ 08086-0129

Ace Cash Advance
1314 New Bern Avenue
Raleigh, NC 27610

AFNI-Bloom
404 Brock Drive
Post Office Box 3097
Bloomington, IL 61701

Bank of America **
Post Office Box 15028
Wilmington, DE 19886-5028

Duke Healthcare
5213 South Alston Avenue
Durham, NC 27713

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Durham Radiology & Assoc.,Inc.
Post Office Box 60280
Charleston, SC 29419-0280

E-Recovery Solutions
1650 Cambria Street, NE
Christiansburg, VA 24073

First Premier Bank**
Post Office Box 5524
Sioux Falls, SD 57117-5524

First Revenue Assurance
Dept 13526
Post Office Box 1259
Oaks, PA 19456

Heritage Rentals
411 Andrews Rd # 110
Durham, NC 27705

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

J. Graham Associates
4108 Park Road
Charlotte, NC 28209

National Credit
Post Office Box 312125
Atlanta, GA 31131

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

NCO Fin99
507 Prudential Road
Horsham, PA 19044

UACC
PO Box 14217
Irvine, CA 92623

North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Progressive
Post Office Box 31260
Tampa, FL 33631

Verizon Wireless Bankruptcy****
Administration
Post Office Box 3397
Bloomington, IL 61702-3397

PSNC Energy
Attn: Bankruptcy Dept.
1426 Main Street Mall, code 130
Columbia, SC 29218

Wachovia Bank, N.A.
Post Office Box 563966
Charlotte, NC 28256-3966

Revenue Cycle Solutions, Inc.
CSRECS01
PO Box 1022
Wixom, MI 48393-1022

Zenith Acquisitions *
170 North Pointe Parkway
Suite 300
Amherst, NY 14228-1884

RWDS660DSB
PO Box 206
211 N. Main Street
Blunt, SD 57522

SunTrust Bank Recovery Department
P.O. Box 85041
Richmond, VA 23285

The Oaks at Northgate
1306 Leon St # C
Durham, NC 27705

Tribute Mastercard
Post Office Box 105374
Atlanta, GA 30348-5374